IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CHARLES WILCOX,

        CV 08-6010-MA

    Plaintiff,        JUDGMENT

  v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

    Defendant.

Based on the record and the Opinion and Order filed herewith, the final decision of the Commissioner, denying plaintiff's claim for disability insurance benefits is AFFIRMED; this action is DISMISSED.

    IT IS SO ORDERED.

    DATED this  24   day of November, 2008.

                               /s/   Malcolm F. Marsh
                               Malcolm F. Marsh
                               United States District Judge

1 - JUDGMENT